

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LLOYD KRAPIN, | § | No. 08-17-00055-CV |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 65th District Court |
|  | § |  |
| SYLVIA KRAPIN, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC # 2013DCM1001) |
|  | § |  |

## MEMORANDUM OPINION

Appellant, Lloyd Krapin, has filed an unopposed motion to dismiss his appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

October 11, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.